Certificate Number: 05781-LAM-DE-041532592

Bankruptcy Case Number: 26-10872

05781-LAM-DE-041532592

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 7, 2026, at 9:08 o'clock AM PDT, Terri Cummings completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Louisiana.

Date: October 7, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President